

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MANSFIELD HELIFLIGHT, INC.<br>    Plaintiff,<br><br>vs.<br><br>GRIZZLY HELO LEASING, LLC, BELL<br>HELICOPTER TEXTRON, INC. and<br>UNITED STATES AVIATION<br>UNDERWRITERS, INC.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

Civil Action Number

### DEFENDANT UNITED STATES AVIATION UNDERWRITERS, INC.'S
### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Defendant United States Aviation Underwriters, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

United States Aviation Underwriters, Inc. is a wholly owned subsidiary of General Re Corporation, which is a wholly owned subsidiary of Berkshire Hathaway.  No other parent corporation or publicly-held corporation owns 10% or more of United States Aviation Underwriters, Inc.'s stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Mansfield Heliflight, Inc.

Grizzly Helo Leasing, LLC

Bell Helicopter Textron, Inc.

Textron, Inc.

United States Aviation Underwriters, Inc.

United States Aircraft Insurance Group

Respectfully submitted,

*[signature]*

Stephen C. Howell
State Bar No. 10107700
Robert K. Piwetz
State Bar No. 24041700
Brooke Ulrickson Allen
State Bar No. 24035988
BROWN, DEAN, WISEMAN, PROCTOR,
   HART & HOWELL, L.L.P.
306 West 7th Street
Fort Worth Club Bldg., Suite 200
Fort Worth, Texas 76102
(817) 332-1391
(817) 870-2427 Facsimile
showell@browndean.com
rpiwetz@browndean.com
ballen@browndean.com

**ATTORNEYS FOR DEFENDANT
UNITED STATES AVIATION
UNDERWRITERS, INC.**

## CERTIFICATE OF SERVICE

This is to certify the above and foregoing has been served upon the following parties, by and through their respective attorneys of record as follows on this the 3rd day of April, 2012.

**Via CM-RRR**
Edward A. McConwell, Esq.
McCONWELL LAW OFFICES
5925 Beverly Avenue
Mission, Kansas 66202

**Via CM-RRR**
Christopher A. Robison, Esq.
PASSMAN & JONES, P.C.
1201 Elm Street, Suite 2500
Dallas, Texas 75270

Stephen C. Howell