


IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORHT DIVISION

| | | |
|---|---|---|
| MANSFIELD HELIFLIGHT, INC. | § | |
| Plaintiff | § | |
| VS. | § | CAUSE NO. 4:12-CV-00203-A |
| GRIZZLY HELO LEASING, LLC, BELL HELICOPTER TEXTRON, INC. and UNITED STATES AVIATION UNDERWRITERS, INC. | § | |
| Defendants | § | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rules 3.1(c), 3.2(e), 7.4, 81.1(a)(3)(D), and 81.2, Plaintiff, Mansfield Heliflight, Inc., provides the following information:

For a non-governmental corporate entity, the names of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

(1) Eric Chase, 100% owner of Mansfield Heliflight, Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

(1) Mansfield Heliflight, Inc.

(2) Eric Chase, 100% owner of Mansfield Heliflight, Inc.

Respectfully submitted,

Christopher A. Robison
Texas State Bar No. 24035720
**PASSMAN & JONES, P.C.**
1201 Elm Street, Suite 2500
Dallas, Texas 75270
214-742-2121
(f) 214-748-7949
robisoncj@passmanjones.com

**MCCONWELL LAW OFFICES**
Edward A. McConwell
Kansas Bar No. 06454
5925 Beverly Avenue
Mission, Kansas 66202
913-262-0605
913-262-0652 (fax)
ed@mcconwell.com

ATTORNEYS FOR PLAINTIFF
MANSFIELD HELIFLIGHT, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 24, 2012, a true and correct copy of the foregoing was served on counsel for Defendants as set forth below:

| | |
|---|---|
| Stephen C. Howell<br>BROWN, DEAN, WISEMAN, PROCTOR,<br> HART & HOWELL, L.L.P.<br>306 West 7th Street<br>Fort Worth Club Bldg., Suite 200<br>Fort Worth, Texas 76102 | Via First Class, U.S. Mail |
| Grizzly Helo Leasing, LLC<br>Registered Agent Alice H. Hinshaw<br>HINSHAW LAW PLLC<br>314 N. Last Chance Gulch<br>Helena, MT 59601 | Via First Class, U.S. Mail |
| Bell Helicopter Textron, Inc.<br>Registered Agent Timothy John Harrington<br>600 Hurst Blvd.<br>Hurst, Texas 76053 | Via First Class, U.S. Mail |

_____
Christopher A. Robison