

```
                                              FILED
                                       U.S. DISTRICT COURT
                                     NORTHERN DIST. OF TX
                                        FT. WORTH DIVISION

                                       2012 APR 25  AM 10: 00

                                        CLERK OF COURT
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MANSFIELD HELIFLIGHT, INC.<br>　　Plaintiff, | )<br>)<br>) |
| vs. | )<br>) Civil Action Number: 4-12-CV-203-A |
| GRIZZLY HELO LEASING, LLC.<br>BELL HELICOPTER TEXTRON<br>INC. and UNITED STATES AVIATION<br>UNDERWRITERS, INC.<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>) |

## BELL HELICOPTER TEXTRON INC.'S
## MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Bell Helicopter Textron Inc. (hereinafter "Bell"), one of the Defendants herein, respectively moves the Court for an order dismissing three causes of action asserted in Plaintiff's Original Petition. The grounds for this motion to dismiss are as follows:

　　1.　　The alleged fraud complained of occurred after the transaction in question.

　　2.　　The alleged fraud by non-disclosure complained of occurred after the transaction in question.

　　3.　　Conspiracy is improper because Mansfield's pleading fails to state claims for fraud and fraud by non-disclosure upon which relief may be granted.

4.   This motion is based upon the accompanying Memorandum in Support of Bell Helicopter Textron Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(6).

Respectfully submitted,

_____
J. Frank Kinsel, Jr.
Texas State Bar No. 11488700
(jkinsel@canteyhanger.com)
David B. Dowell
Texas State Bar No. 06077950
(bdowell@canteyhanger.com)
OF
Cantey Hanger, LLP
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
817-877-2816
FAX: 817-877-2807

ATTORNEYS FOR DEFENDANT
Bell HELICOPTER TEXTRON, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on the individual listed below in the following manner on this the 25th day of April, 2012:

**Certified Mail/Return Receipt Requested and Federal Express**
Mr. Edward A. McConwell
McConwell Law Offices
5925 Beverly Avenue
Mission, Kansas 66202

**Certified Mail/Return Receipt Requested and Hand Delivery**
Mr. Christopher A. Robison
Passman & Jones, P.C.
1201 Elm Street, Suite 2500
Dallas, Texas 75270

**Certified Mail/Return Receipt Requested and Hand Delivery**
Mr. Stephen C. Howell
Brown, Dean, Wiseman, Proctor, Hart & Howell, L.L.P.
306 West 7th Street
Fort Worth Club Building, Suite 200
Fort Worth, Texas 76102

_____
J. Frank Kinsel, Jr.