FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2012 APR 25  AM 10: 00

CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MANSFIELD HELIFLIGHT, INC. <br> Plaintiff, | ) <br> ) <br> ) | |
| vs. | ) <br> ) <br> ) | Civil Action Number: 4-12-CV-203-A |
| GRIZZLY HELO LEASING, LLC. <br> BELL HELICOPTER TEXTRON <br> INC. and UNITED STATES AVIATION <br> UNDERWRITERS, INC. <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) | |

## BELL HELICOPTER TEXTRON INC.'S
## NOTICE OF CONSENT

Bell Helicopter Textron, Inc. hereby consents to removal of this action from the 352nd Judicial District Court of the State of Texas to the United States District Court for the Northern District of Texas, Fort Worth Division.

Respectfully submitted,

*/s/ J. Frank Kinsel, Jr.*

J. Frank Kinsel, Jr.
Texas State Bar No. 11488700
(jkinsel@canteyhanger.com)
David B. Dowell
Texas State Bar No. 06077950
(bdowell@canteyhanger.com)
OF
Cantey Hanger, LLP
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
817-877-2816
FAX: 817-877-2807

ATTORNEYS FOR DEFENDANT
Bell HELICOPTER TEXTRON, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on the individual listed below in the following manner on this the 25th day of April, 2012:

**Certified Mail/Return Receipt Requested and Federal Express**
Mr. Edward A. McConwell
McConwell Law Offices
5925 Beverly Avenue
Mission, Kansas 66202

**Certified Mail/Return Receipt Requested and Hand Delivery**
Mr. Christopher A. Robison
Passman & Jones, P.C.
1201 Elm Street, Suite 2500
Dallas, Texas 75270

**Certified Mail/Return Receipt Requested and Hand Delivery**
Mr. Stephen C. Howell
Brown, Dean, Wiseman, Proctor, Hart & Howell, L.L.P.
306 West 7th Street
Fort Worth Club Building, Suite 200
Fort Worth, Texas 76102

J. Frank Kinsel, Jr.