UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MANSFIELD HELIFLIGHT, INC.<br>　　　Plaintiff,<br><br>vs.<br><br>GRIZZLY HELO LEASING, LLC.<br>BELL HELICOPTER TEXTRON<br>INC. and UNITED STATES AVIATION<br>UNDERWRITERS, INC.<br>　　　Defendants | Civil Action Number: 4-12-CV-203-A |

### DEFENDANT BELL HELICOPTER TEXTRON INC.'S
### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.4, Defendant, Bell Helicopter Textron Inc., provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

Bell Helicopter Textron Inc. is a wholly owned subsidiary of Textron, Inc. No other parent corporation or publicly-held corporation owns 10% or more of Bell Helicopter Textron Inc.'s stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Mansfield Heliflight, Inc.

Grizzly Helo Leasing, LLC

Bell Helicopter Textron, Inc.

Textron, Inc.

United States Aviation Underwriters, Inc.

United States Aircraft Insurance Group

                                  Respectfully submitted,

                                  /s/ J. Frank Kinsel, Jr.
J. Frank Kinsel, Jr.
Texas State Bar No. 11488700
(jkinsel@canteyhanger.com)
David B. Dowell
Texas State Bar No. 06077950
(bdowell@canteyhanger.com)
OF
Cantey Hanger, LLP
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
817-877-2816
FAX: 817-877-2807

ATTORNEYS FOR DEFENDANT
BELL HELICOPTER TEXTRON, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on the individual listed below in the following manner on this the 26th day of April, 2012:

**Certified Mail/Return Receipt Requested**
Mr. Edward A. McConwell
McConwell Law Offices
5925 Beverly Avenue
Mission, Kansas 66202

**Certified Mail/Return Receipt Requested**
Mr. Christopher A. Robison
Passman & Jones, P.C.
1201 Elm Street, Suite 2500
Dallas, Texas 75270

**Certified Mail/Return Receipt Requested**
Mr. Stephen C. Howell
Brown, Dean, Wiseman, Proctor, Hart & Howell, L.L.P.
306 West 7th Street
Fort Worth Club Building, Suite 200
Fort Worth, Texas 76102

_____
J. Frank Kinsel, Jr.