ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2012 MAY -1  AM 9: 09

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MANSFIELD HELIFLIGHT, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | 4-12cv-203-A |
| | § | |
| v. | § | JURY |
| | § | |
| GRIZZLY HELO LEASING, L.L.C., | § | |
| BELL HELICOPTER TEXTRON, INC., and | § | |
| UNITED STATES AVIATION | § | |
| UNDERWRITERS, INC. | § | |
| | § | |
| Defendants. | § | |

## GRIZZLY HELO LEASING, LLC'S CORPORATE DISCLOSURE AND CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Grizzly Helo Leasing, LLC ("Grizzly"), by and through their undersigned counsel, file its corporate disclosure statement and certificate of interested parties pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.4:

**Information required by Fed. R. Civ. P. 7.1(a):   A nongovernmental corporate party must file 2 copies of a disclosure statement that identifies any parent corporation and any publically held corporation owning 10% or more of its stock**

Grizzly Helo Leasing, LLC has a parent company: Wypt Holding Company. No publically held corporations own more than 10% of Grizzly's stock.

**Information required by Local Rule 7.4:** A separately signed certificate of interested persons that contains a complete list of all person, associations of person, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of the case:

Mansfield Heliflight, Inc.

United States Aviation Underwriters, Inc.

United States Aircraft Insurance Group

Grizzly Helo Leasing, LLC

Wypt Holding Company

Bell Helicopter Textron, Inc.

Textron Inc.

Respectfully submitted,

Charles H. Smith– Lead Attorney
State Bar No. 18550500
Email: chsmith@smith-moore.com
David Denny
State Bar No. 00787354
Email: ddenny@smith-moore.com
3030 Lincoln Plaza
500 N. Akard Street
Dallas, Texas  75201
(214) 740-4200
(214) 740-4242 - Telecopier

ATTORNEYS FOR DEFENDANT
GRIZZLY HELO LEASING, LLC

OF COUNSEL:

SMITH & MOORE, PLLC
3030 Lincoln Plaza
500 N. Akard Street
Dallas, Texas  75201
(214) 740-4200
(214) 740-4242 - Telecopier

## CERTIFICATE OF SERVICE

I hereby certify that on this 1 day of May, 2012, I sent a copy of the forgoing document by first-class mail to the following:

Edward A. McConwell
McConwell Law Offices
5925 Beverley Ave.
Mission, KS 6602

Christopher Robison
Passman & Jones, PC
1201 Elm St., ste. 2500
Dallas, TX 75270

Stephen Howell
Brown, Dean, Wiseman, Proctor, Hart & Howell
306 West 7th St.
Fort Worth Club Building, ste 200
Fort Worth, TX 76102

Jeff Kinsel
Cantey Hanger
600 W. 6th St., ste 300
Fort Worth, TX 76102

_____
Attorneys for Defendant Grizzly