ORIGINAL
CTJR
w/o

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2012 MAY -3  PM 12: 44

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MANSFIELD HELIFLIGHT, INC. | § | |
| Plaintiff | § | |
| VS. | § | CAUSE NO. 4:12-CV-00203-A |
| GRIZZLY HELO LEASING, LLC, BELL HELICOPTER TEXTRON, INC. and UNITED STATES AVIATION UNDERWRITERS, INC. | § | |
| Defendants | § | |

## PLAINTIFF'S UNOPPOSED MOTION TO REMAND

COMES NOW Mansfield Heliflight, Inc., Plaintiff, and respectfully submits this Unopposed Motion to Remand and would show that this matter should be remanded to the 352nd Judicial District Court of Tarrant County, Texas, as more particularly set forth in the Brief in Support of Plaintiff's Unopposed Motion to Remand and Appendix in support of this Motion, filed on even date.

WHEREFORE, premises considered, Plaintiff requests that the Court grant this Motion and remand this action to the 352nd Judicial District Court of Tarrant County, Texas.

Respectfully submitted,

_____
Christopher A. Robison
Texas State Bar No. 24035720
PASSMAN & JONES, P.C.
1201 Elm Street, Suite 2500
Dallas, Texas 75270
214-742-2121
(f) 214-748-7949
robisonc@passmanjones.com

ATTORNEYS FOR PLAINTIFF
MANSFIELD HELIFLIGHT, INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 2, 2012, I conferred with the attorneys for each party affected by the relief requested in this Motion to determine whether the Motion is opposed. Stephen Howell participated on behalf of Defendant United States Aviation Underwriters, Inc.; Jeff Kinsel participated on behalf of Defendant Bell Helicopter Textron, Inc.; Charles Smith participated on behalf of Defendant Grizzly Helo Leasing, LLC; and Christopher Robison participated on behalf of Plaintiff Mansfield Heliflight, Inc. During the conference, Messrs. Howell, Kinsel, and Smith stated that they do not oppose this Motion.

_____
Christopher A. Robison

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 3, 2012, a true and correct copy of the foregoing was served on counsel for Defendants as set forth below:

| | |
|---|---|
| Stephen C. Howell<br>BROWN, DEAN, WISEMAN, PROCTOR,<br> HART & HOWELL, L.L.P.<br>306 West 7th Street<br>Fort Worth Club Bldg., Suite 200<br>Fort Worth, Texas 76102 | Via First Class, U.S. Mail |
| J Frank Kinsel, Jr<br>CANTEY HANGER, LLP<br>600 W. 6TH ST. #300<br>Fort Worth, Texas 76102 | Via First Class, U.S. Mail |
| Charles H. Smith<br>SMITH & MOORE<br>3030 Lincoln Plaza<br>500 North Akard Street<br>Dallas, Texas 75201-6606 | Via First Class, U.S. Mail |

_____
Christopher A. Robison