

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MANSFIELD HELIFLIGHT, INC. | § § § | |
| Plaintiff | § § | |
| VS. | § § | CAUSE NO. 4:12-CV-00203-A |
| GRIZZLY HELO LEASING, LLC, BELL HELICOPTER TEXTRON, INC. and UNITED STATES AVIATION UNDERWRITERS, INC. | § § § § § | |
| Defendants | § | |

### APPENDIX IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO REMAND

Respectfully submitted,

Christopher A. Robison
Texas Bar No. 24035720
PASSMAN & JONES, P.C.
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2599
P: (214) 742-2121
F: (214) 748-7949

ATTORNEYS FOR PLAINTIFF
MANSFIELD HELIFLIGHT, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 3, 2012, a true and correct copy of the foregoing was served on counsel for Defendants as set forth below:

| | |
|---|---|
| Stephen C. Howell<br>BROWN, DEAN, WISEMAN, PROCTOR,<br>  HART & HOWELL, L.L.P.<br>306 West 7th Street<br>Fort Worth Club Bldg., Suite 200<br>Fort Worth, Texas 76102 | Via First Class, U.S. Mail |
| J Frank Kinsel, Jr<br>CANTEY HANGER, LLP<br>600 W. 6TH ST. #300<br>Fort Worth, Texas 76102 | Via First Class, U.S. Mail |
| Charles H. Smith<br>SMITH & MOORE<br>3030 Lincoln Plaza<br>500 North Akard Street<br>Dallas, Texas 75201-6606 | Via First Class, U.S. Mail |

_____
Christopher A. Robison



## TABLE OF CONTENTS

| EXHIBIT | DESCRIPTION | APPENDIX PAGE RANGE |
|---|---|---|
| A. | Citation on Defendant Bell Helicopter and Affidavit of Service | Plaintiff 001- Plaintiff 002 |
| B. | Citation on Defendant United States Aviation Underwriters, Inc. and Affidavit of Service | Plaintiff 003- Plaintiff 004 |
| C. | Citation on Defendant Grizzly Helo Leasing, LLC and Affidavit of Service | Plaintiff 005- Plaintiff 006 |
| D. | Certificate of Service from the Secretary of State | Plaintiff 007 |



Case 4:12-cv-00203-A   Document 17   Filed 05/03/12   Page 5 of 15   PageID 179

THE STATE OF TEXAS  
DISTRICT COURT, TARRANT COUNTY

## CITATION

Cause No. 352-258542-12

MANSFIELD HELIFLIGHT, INC.
VS.
GRIZZLY HELO LEASING, LLC, ET AL

TO: BELL HELICOPTER TEXTRON INC

B/S TIMOTHY JOHN HARRINGTON REGISTERED AGENT 600 E HURST BLVD HURST, TX 7605

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 352nd District Court ,401 W BELKNAP, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

MANSFIELD HELIFLIGHT INC.

Filed in said Court on March 23rd, 2012 Against
GRIZZLY HELO LEASING LLC, BELL HELICOPTER TEXTRON INC, UNITED STATES AVIATION UNDERWRITERS INC.

For suit, said suit being numbered 352-258542-12 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

CHRISTOPHER A ROBISON
Attorney for MANSFIELD HELIFLIGHT INC. Phone No. (214)742-2121
Address    2500 RENAISSANCE TWR 1201 ELM ST DALLAS, TX 75270

_____Thomas A. Wilder_____, Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 27th day of March, 2012.

By _____ Deputy
    KIMBERLY KRUMLAND

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
   Thomas A. Wilder, Tarrant County District Clerk, 401 W BELKNAP, FORT WORTH TX 76196-0402

### OFFICER'S RETURN

Received this Citation on the _____ day of _____, ____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the ____ day of _____, ____ by delivering to the within named (Def.): _____ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION , having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____  State of _____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this ____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)
                         County of _____, State of _____



Plaintiff 001

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Texas | County of Tarrant | 352nd Judicial District Court |

Case Number: 352-258542-12

Plaintiff:
**MANSFIELD HELIFLIGHT, INC.**

vs.

Defendant:
**GRIZZLY HELO LEASING, L.L.C., ET AL.**

For:
Christopher A. Robison
1201 Elm Street
Suite 2500
Dallas, TX 75202

Received by On Time Process Service on the 3rd day of April, 2012 at 2:00 pm to be served on **Registered Agent for Bell Helicopter Textron, Inc., Timothy John Harrington, 600 East Hurst Boulevard, Hurst, TX 76051.**

I, Dallas A Douglass, being duly sworn, depose and say that on the **4th day of April, 2012 at 12:05 pm, I:**

Executed service by delivering a true copy of the **Citation, Copy of Plaintiffs Original Petition**, to: **Timothy John Harrington as Registered Agent** at the address of: **600 East Hurst Boulevard, Hurst, TX 76051**, who is authorized to accept service for **Bell Helicopter Textron, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 4th day of April, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

Dallas A Douglass
SCH 2540 Expires 3/31/2013

On Time Process Service
1700 Pacific Ave
Suite 1040
Dallas, TX 75201
(214) 740-9999
Our Job Serial Number: ONT-2012000912
Ref: MANSFIELD HELIFLIGHT

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

Plaintiff 002





THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

COPY ORIGINAL

## CITATION

Cause No. 352-258542-12

MANSFIELD HELIFLIGHT, INC.
VS.
GRIZZLY HELO LEASING, LLC, ET AL

TO: UNITED STATES AVIATION UNDERWRITERS INC.

B/S CT CORPORATION SYSTEM REG AGT 350 N ST PAUL ST STE 2900 DALLAS, TX 75201-4234

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 352nd District Court ,401 W BELKNAP, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

MANSFIELD HELIFLIGHT INC.

Filed in said Court on March 23rd, 2012 Against
GRIZZLY HELO LEASING LLC, BELL HELICOPTER TEXTRON INC, UNITED STATES AVIATION UNDERWRITERS INC.

For suit, said suit being numbered 352-258542-12 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION a copy of which accompanies this citation.

CHRISTOPHER A ROBISON
Attorney for MANSFIELD HELIFLIGHT INC. Phone No. (214)742-2121
Address    2500 RENAISSANCE TWR 1201 ELM ST DALLAS, TX 75270

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 27th day of March, 2012.

By _____ Deputy
KIMBERLY KRUMLAND

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
Thomas A. Wilder, Tarrant County District Clerk, 401 W BELKNAP, FORT WORTH TX 76196-0402

### OFFICER'S RETURN

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the _____ day of _____, _____ by delivering to the within named (Def.): _____ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION , having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of _____ By _____ Deputy
Fees $ _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office
(Seal)
_____
County of _____, State of _____



EXHIBIT B

Plaintiff 003

# AFFIDAVIT OF SERVICE

State of Texas          County of Tarrant          352nd Judicial District Court

Case Number: 352-258542-12

Plaintiff:
**MANSFIELD HELIFLIGHT, INC.**
vs.
Defendant:
**GRIZZLY HELO LEASING, L.L.C., ET AL.**

For:
Christopher A. Robison
1201 Elm Street
Suite 2500
Dallas, TX 75202

Received by On Time Process Service on the 3rd day of April, 2012 at 2:00 pm to be served on **Registered Agent for United States Aviation Underwriters, Inc., C T Corporation System, 350 North Saint Paul Street, Suite 2900, Dallas, TX 75201.**

I, Christopher Pekar, being duly sworn, depose and say that on the **4th day of April, 2012 at 3:20 pm, I:**

Executed service by delivering a true copy of the **Citation, Copy of Plaintiffs Original Petition**, to: **Marie Garcia** as **Process Specialist For C T Corporation** at the address of: **350 North Saint Paul Street, Suite 2900, Dallas, TX 75201**, who is authorized to accept service for **United States Aviation Underwriters, Inc.,**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 4th day of April, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

ANTHONY M. COLLINS
MY COMMISSION EXPIRES
July 25, 2013

Christopher Pekar
SCH 5264 — Expires 6/30/12
SCH 5264
EXP 6/30/12

On Time Process Service
1700 Pacific Ave
Suite 1040
Dallas, TX 75201
(214) 740-9999
Our Job Serial Number: ONT-2012000913
Ref: MANSFIELD HELIFLIGHT

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h



Plaintiff 004


COPY
ORIGINAL

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

CITATION                                    Cause No. 352-258542-12

MANSFIELD HELIFLIGHT, INC.
VS.
GRIZZLY HELO LEASING, LLC, ET AL

To and through the Secretary Of State, Statutory Documents Section, 1019 Brazos St, PO Box 12079, Austin TX 78701-207
TO: GRIZZLY HELO LEASING LLC

B/S ALICE H HINSHAW HINSHAW LAW FIRM PLLC 314 N LAST CHANCE GULCH HELENA, MT 59601-

SERVICE OF PROCESS MAY BE HAD UPON DEFENDANT BY DELIVERING TO THE SECRETARY OF STATE, OF THE STATE OF TEXAS, DUPLICATE COPIES OF THIS CITATION TOGETHER WITH DUPLICATE COPIES OF THE PLAINTIFF'S PETITION ATTACHED HERETO.
You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 352nd District Court
,401 W BELKNAP, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

MANSFIELD HELIFLIGHT INC.

Filed in said Court on March 23rd, 2012 Against
GRIZZLY HELO LEASING LLC, BELL HELICOPTER TEXTRON INC, UNITED STATES AVIATION UNDERWRITERS INC.

For suit, said suit being numbered 352-258542-12 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION a copy of which accompanies this citation.

2012 APR 16 PM 1:15
THOMAS A. WILDER
DISTRICT CLERK
FILED
TARRANT CO.

CHRISTOPHER A ROBISON
Attorney for MANSFIELD HELIFLIGHT INC. Phone No. (214)742-2121
Address   2500 RENAISSANCE TWR 1201 ELM ST DALLAS, TX 75270

___Thomas A. Wilder___, Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 27th day of March, 2012.

By _____ Deputy
KIMBERLY KRUMLAND

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
Thomas A. Wilder, Tarrant County District Clerk, 401 W BELKNAP, FORT WORTH TX 76196-0402

OFFICER'S RETURN

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the _____ day of _____, _____ by delivering to the within named (Def.): _____ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION , having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of _____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office
(Seal)
County of _____, State of _____


EXHIBIT C

Plaintiff 005

# AFFIDAVIT OF SERVICE

**State of Texas**       **County of Tarrant**      **352nd Judicial District Court**

Case Number: 352-258542-12

Plaintiff:
**MANSFIELD HELIFLIGHT, INC.**

vs.

Defendant:
**GRIZZLY HELO LEASING, L.L.C., ET AL.**

For:
Christopher A. Robison
1201 Elm Street
Suite 2500
Dallas, TX 75202

Received by On Time Process Service on the 3rd day of April, 2012 at 2:00 pm to be served on **Grizzly Helo Leasing, L.L.C.**, to and through The Secretary of State of Texas, 1019 Brazos Street, Austin, TX 78701

I, Juanita Aleman, being duly sworn, depose and say that on the 9th day of April, 2012 at 1:17 pm, I:

Executed service to the **SECRETARY OF STATE** by delivering a true copy and duplicate copy of the **Citation, Copy of Plaintiffs Original Petition** with the date and hour of service endorsed thereon by me, to: **Sylvia Flores** at **1019 Brazos Street, Austin, TX 78701**, as the designated agent for the Texas Secretary of State to accept service of process on behalf of **Grizzly Helo Leasing, L.L.C.**, An administrative fee of $55.00 was also tendered.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 10th day of April, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

ROLANDO CASTILLO
Notary Public, State of Texas
My Commission Expires
September 03, 2014

Juanita Aleman
SCH 2133 Expires 7/31/2012

On Time Process Service
1700 Pacific Ave
Suite 1040
Dallas, TX 75201
(214) 740-9999
Our Job Serial Number: ONT-2012000916
Ref: MANSFIELD HELIFLIGHT

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h







# The State of Texas

## Secretary of State

2012-212368-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition in the cause styled:

> Mansfield Heliflight Inc VS Grizzly Helo Leasing LLC et al
> 153rd Judicial District Court Of Tarrant County, Texas
> Cause No: 35225854212

was received by this office on April 9, 2012, and that a copy was forwarded on April 11, 2012, by CERTIFIED MAIL, return receipt requested to:

> Grizzly Helo Leasing LLC
> B/S Alice H Hinshaw, Hinshaw Law PLLC
> 314 N Last Chance Gulch
> Helena, MT 59601

The RETURN RECEIPT was received in this office dated April 13, 2012, bearing signature.

Date issued: April 16, 2012

Hope Andrade
Secretary of State

ST/isv



EXHIBIT D

Plaintiff 007