U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY - 4 2012

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MANSFIELD HELIFLIGHT, INC., | § |
| Plaintiff, | § |
| VS. | § NO. 4:12-CV-203-A |
| GRIZZLY HELO LEASING, LLC, ET AL., | § |
| Defendants. | § |

ORDER OF REMAND

Came on for consideration the unopposed motion to remand filed in the above-captioned action by plaintiff, Mansfield Heliflight, Inc. Defendants, Grizzly Helo Leasing, LLC, United States Aviation Underwriters, Inc., and Bell Helicopter Textron, Inc., are not opposed to the motion. Having now considered plaintiff's motion and the applicable legal authorities, the court concludes that such motion should be granted. Therefore,

The court ORDERS that plaintiff's motion to remand be, and is hereby, granted, and that the above-captioned action be, and is hereby, remanded to the state court from which it was removed.

SIGNED May 4, 2012.

JOHN McBRYDE
United States District Judge