IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MANSFIELD HELIFLIGHT, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:12-CV-203-A |
| | § | |
| GRIZZLY HELO LEASING, LLC, ET AL., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT OF REMAND

Consistent with the order of remand signed by the court in the above-captioned action on the date of the signing of this final judgment of remand,

The court ORDERS, ADJUDGES, and DECREES that the above-captioned action be, and is hereby, remanded to the state court from which it was removed.

SIGNED May 4, 2012.

JOHN McBRYDE
United States District Judge